UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAFAEL LOPEZ, | ) | NO. SACV 16-1467-SJO (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHRISTIAN PFEIFFER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 29, 2017

_____
S. JAMES OTERO
United States District Judge